DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM WEBSTER MILLSAPS,**
Appellant,

v.

**GUARDIANSHIP OF FRANCES BERKOWITZ** and **ELIZABETH SAVITT,**
as Limited Guardian of the Person and Plenary Guardian of the Property
of **FRANCES BERKOWITZ,**
Appellees.

No. 4D16-2132

[October 26, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2014-GA-000630-XXXX-NB.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale; and Webb Millsaps of Webb Millsaps Law Firm, PA, Boca Raton, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee Elizabeth Savitt.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***